October 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

APPROXIMATELY $5520.00, Appellant

NO. 14-16-00705-CV                           V.

THE STATE OF TEXAS, Appellee

_____

        Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2008. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

        We further order this decision certified below for observance.